IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOMPSON L. AWNINGS,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSHUA FULLERTON, RYAN DUNCAN, JEREMY CARTHER, TODD ROBERTS, TARVIS BANKS, DOES 1-10,<br><br>        Defendants. | **4:15CV3078**<br><br>**ORDER** |

    IT IS ORDERED: The motion to permit Elizabeth D. Elliott to withdraw as counsel on behalf of Defendants Joshua Fullerton, Ryan Duncan, and Tarvis Banks (filing no. 12), is granted.

    Dated this 19th day of August, 2015

                                          BY THE COURT:

                                          *s/ Cheryl R. Zwart*
                                          United States Magistrate Judge