IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOMPSON L. AWNINGS,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSHUA FULLERTON, RYAN DUNCAN, JEREMY CARTHER, TODD ROBERTS, TARVIS BANKS, AND DOES 1-10,<br><br>        Defendants. | 4:15CV3078<br><br>**MEMORANDUM AND ORDER** |

    The parties to this lawsuit should be advised that the City of Lincoln has entered into a contract with my oldest son, for governmental relations/legal services (for a period of at least 1 year)

    THEREFORE, IT IS ORDERED that I recuse myself from this case and the Clerk shall refer this matter to the Chief Judge for reassignment.

    DATED this 15th day of October, 2015.

BY THE COURT:

_____
John M. Gerrard
United States District Judge