IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| TOMPSON L. AWNINGS, | ) | 4:15CV3078 |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| JOSHUA FULLERTON, *et al.*, | ) | |
| Defendants. | ) | |

In a memorandum and order entered on October 14, 2015 (Filing No. 26), Magistrate Judge Cheryl R. Zwart denied Plaintiff's motion to disqualify all attorneys employed by the City of Lincoln Attorney's Office from representing any Defendant in this action (Filing No. 16). On October 26, 2015, Plaintiff filed a statement of objections to the order (Filing No. 31). After careful review conducted pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72(a), and Nebraska Civil Rule 72.2, I find that the challenged order is not clearly erroneous or contrary to law.

Accordingly,

IT IS ORDERED:

1. Plaintiff's statement of objections (Filing No. 31) is denied.

2. The Magistrate Judge's order entered on October 14, 2015 (Filing No. 26), is sustained and shall not be disturbed.

DATED this 20th day of January, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge