IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOMPSON L. AWNINGS,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSHUA FULLERTON, RYAN DUNCAN, JEREMY CARTHER, AND DOES 1-10,<br><br>        Defendants. | **4:15CV3078**<br><br>**ORDER** |

IT IS ORDERED that the motion to permit Andrew Strotman to withdraw as counsel of record for Defendant Jeremy Carther, (Filing No. 98), is granted.

December 22, 2016.

                                                                           BY THE COURT:

                                                                           *s/ Cheryl R. Zwart*
                                                                           United States Magistrate Judge