IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TOMPSON L. AWNINGS,

Plaintiff,

vs.

JOSHUA FULLERTON, RYAN
DUNCAN, JEREMY CARTHER, AND
DOES 1-10,

Defendants.

**4:15CV3078**

**ORDER**

After conferring with counsel,

IT IS ORDERED:

1)      Plaintiff's anticipated motion to amend the complaint shall be filed on or before January 27, 2017.

2)      The deadline for filing motions to dismiss or for summary judgment is extended to February 10, 2017.

January 24, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge