IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TOMPSON L. AWNINGS, | ) | 4:15CV3078 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOSHUA FULLERTON, RYAN DUNCAN, JEREMY CARTHER, TODD ROBERTS, TARVIS BANKS, and DOES 1-10, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

    IT IS ORDERED that the joint stipulation for dismissal filed by Plaintiff and Defendant Jeremy Carther (filing 113), treated as a motion filed pursuant to Federal Rule of Civil Procedure 41(a), is granted, and Plaintiff's action against said Defendant is dismissed with prejudice, with each party to bear their own attorney's fees and costs.

    This order does not terminate the case.

    DATED this 9th day of February, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge