IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TOMPSON L. AWNINGS, | ) | 4:15CV3078 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| JOSHUA FULLERTON, RYAN DUNCAN, and DOES 1-10, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

IT IS ORDERED that:

1. Plaintiff's motion for extension of time and motion for leave to file replacement brief (filing no. 123) are granted instanter, and Plaintiff's replacement brief (filing no. 125) is accepted as timely filed.

2. Plaintiff's original brief (filing no. 121) is stricken.

DATED this 6th day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge