IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TOMPSON L. AWNINGS, | ) | 4:15CV3078 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| JOSHUA FULLERTON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

In a memorandum and order entered on February 8, 2017 (Filing No. 112), Magistrate Judge Cheryl R. Zwart denied Plaintiff's motion for leave to file an amended complaint (Filing No. 105). On February 22, 2017, Plaintiff filed a statement of objections to the memorandum and order (Filing No. 118) and a supporting brief (Filing No. 119).

After careful review conducted pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72(a), and Nebraska Civil Rule 72.2, I find that the challenged memorandum and order is not clearly erroneous or contrary to law. Accordingly,

IT IS ORDERED:

1. Plaintiff's statement of objections (Filing No. 118) is denied.

2. The Magistrate Judge's memorandum and order entered on February 8, 2017 (Filing No. 112), is sustained and shall not be disturbed.

DATED this 9th day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge